# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0795

VERSUS

DYLAN M. CRADDOCK

**OCTOBER 23, 2025**

---

In Re:     Dylan M. Craddock, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           5166F2020.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED.** The record of the St. Tammany Parish Office of
the Clerk of Court shows the district court acted on relator's
motion to quash on August 18, 2025. Thus, relator's request for
mandamus relief is moot.

                        **MRT**
                        **AHP**
                        **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT